IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE ALEJANDRO ROJAS, *Plaintiff,* vs. BETO FOR TEXAS, BETO O'ROURKE, and DEMOCRATIC VICTORY PAC, INC, , *Defendants*. | Case No. 1:22-cv-05998 Judge Manish S. Shah Magistrate Judge Jeffrey Cummings |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(a)(i), voluntarily dismisses Defendants Beto for Texas and Beto O'Rourke, with prejudice. Defendant Democratic Victory PAC, Inc, remains in this case.

Respectfully submitted,

Dated: January 3, 2022 /s/ Jorge Alejandro Rojas
Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

## CERTIFICATE OF SERVICE

Plaintiff sent a copy of this filing to counsel for each Defendant via electronic mail to their counsel.

/s/ Jorge Alejandro Rojas

1